**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION**

| | |
|---|---|
| Zdenek Bakala,<br><br>*Plaintiff*,<br><br>-against-<br><br>Pavol Krupa, Adam Swart, and Crowds on Demand LLC,<br><br>*Defendants*. | Case No. 9:18-cv-02590-DCN<br><br>**PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Plaintiff Zdenek Bakala hereby responds to Local Rule 26.01 Interrogatories as follows:

A.      State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE**: **There is no such person or entity.**

B.      As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE: Each claim should be tried by a jury, because each is a claim at law for which a jury trial is available as a matter of right.**

C.      State whether the party submitting these responses is a publicly-owned company and separately identify, (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE**: **Not applicable.**

D.      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civil Rule 3.01 (D.S.C.).

**RESPONSE: This action has been filed in the Charleston Division pursuant to 18 U.S.C. § 1965 (a) and (b), as well as 28 U.S.C. §§ 1391(b) and (c) because a substantial part of the events giving rise to this action occurred in this division,**

**where Plaintiff is a resident, and because the Defendants committed tortious acts in this division.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide, (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE: No.**

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE: Not applicable.**

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**RESPONSE: Not applicable.**

Respectfully submitted,

s/ Marshall Winn
Marshall Winn (529)
Wallace K. Lightsey (1037)
WYCHE P.A.
44 East Camperdown Way
Greenville, SC  29601
Telephone: (864) 242-8200
E-mail:     mwinn@wyche.com
            wlightsey@wyche.com

2

*Of Counsel:*

*(Applications for Admission* Pro Hac Vice *to be filed with the Court)*

Andrew Schapiro
Stephen Swedlow
Margaret Haas
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 North Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
E-Mail :  andrewschapiro@quinnemanuel.com
             stephenswedlow@quinnemanuel.com
             margarethaas@quinnemanuel.com

Dated:  September 21, 2018     *Attorneys for Plaintiff Zdenek Bakala*

3