# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| Zdenek Bakala, *Plaintiff*, -against- Pavol Krupa, Adam Swart, and Crowds on Demand LLC, *Defendants*. | Case No. 9:18-cv-02590-DCN<br><br>**NOTICE OF FILING OF<br>PROOF OF SERVICE OF PROCESS** |

The Plaintiff hereby files the attached Proof of Service of the Amended Complaint on Defendant Adam Swart.

Respectfully submitted,

WYCHE P.A.

s/ Marshall Winn
_____
Marshall Winn (D.S.C. Bar No. 529)
Wallace K. Lightsey (D.S.C. Bar No. 1037)
Post Office Box 728
Greenville, SC  29602-0728
Telephone: (864) 242-8200
E-mail:    mwinn@wyche.com
           wlightsey@wyche.com

**AND**

2

*Of Counsel:*

Andrew Schapiro (*Pro Hac Vice*)
Stephen Swedlow (*Pro Hac Vice*)
Margaret Haas (*Pro Hac Vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 North Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
E-Mail:   andrewschapiro@quinnemanuel.com
          stephenswedlow@quinnemanuel.com
          margarethaas@quinnemanuel.com

Dated:  October 15, 2018          ***ATTORNEYS FOR PLAINTIFF***