| Attorney or Party without Attorney: <br> QUINN EMANUEL URQUHART & SULLIVAN <br> ANDREW SCHAPIRO <br> 191 N. Wacker Drive, Suite 2700, <br> Chicago, IL 60606-1881 <br> Telephone No: (312) 705-7400 <br> Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH CAROLINA | | |
| Plaintiff: ZDENEK BAKALA <br> Defendant: PAVOL KRUPA, et al. | | |
| PROOF OF SERVICE <br> By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 9:18-cv-02590-DCN |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the AMENDED COMPLAINT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified First Class** *(Tracking No. 7013 2250 0001 2005 9681)* mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Oct 12, 2018
   b. Place of Mailing: SANTA ANA, CA 92705
   c. Addressed as follows: ADAM SWART
         1408 31st AVE, #403 SAN FRANCISCO, CA 94122

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Oct 12, 2018 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Denise Vasquez
   b. FIRST LEGAL INVESTIGATIONS
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

   d. *The Fee* for Service was:
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

10/12/2018
(Date)                                         (Signature)



Judicial Council Form                PROOF OF SERVICE                2723389
Rule 2.150.(a)&(b) Rev January 1, 2007        BY MAIL                (369322)