# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| Zdenek Bakala,<br><br>    *Plaintiff*,<br><br>-against-<br><br>Pavol Krupa, Adam Swart, and Crowds on Demand LLC,<br><br>    *Defendants*. | Case No. 9:18-cv-02590-DCN<br><br>NOTICE OF FILING OF<br>PROOF OF SERVICE OF PROCESS |

The Plaintiff hereby files the attached Proof of Service of the Summons, Amended Complaint and Plaintiff's Answers to Local Rule 26.01 Interrogatories on Defendant Pavol Krupa in the Czech Republic under the Hague Convention and in accordance with Czech Law. Proof of service is evidenced by the signature of Pavol Krupa on the attached Receipt Certificate.

                Respectfully submitted,

                WYCHE P.A.

                s/ Marshall Winn
                Marshall Winn (D.S.C. Bar No. 529)
                Wallace K. Lightsey (D.S.C. Bar No. 1037)
                Post Office Box 728
                Greenville, SC  29602-0728
                Telephone: (864) 242-8200
                E-mail: mwinn@wyche.com
                     wlightsey@wyche.com

            **AND**

2

*Of Counsel:*

Andrew Schapiro (*Pro Hac Vice*)
Stephen Swedlow (*Pro Hac Vice*)
Margaret Haas (*Pro Hac Vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 North Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
E-Mail:   andrewschapiro@quinnemanuel.com
             stephenswedlow@quinnemanuel.com
             margarethaas@quinnemanuel.com

Dated:  March 8, 2019                    ***ATTORNEYS FOR PLAINTIFF***

2