

PRK Partners s.r.o. attorneys at law
Jáchymova 26/2, 110 00 Prague 1
Czech Republic
tel.: +420 221 430 111, fax: +420 224 235 450

**Via email mail**

**Marshall Winn, Esq.**
WYCHE P.A.
44 E. Camperdown Way
Greenville, SC 29601
USA

Prague, March 5, 2019

Re:     Confirmation of service on Mr. Krúpa

Dear Marshall,

We write to confirm that service on Mr. Pavol Krúpa in the Czech Republic under the Hague Convention, and in accordance with Czech Law, was completed on February 27, 2019. The service request is registered under file no. 34 Cd 49/2019.

Proof of service is evidenced by the signature of Pavol Krúpa on the attached Receipt Certificate.

We consent to the filing of this confirmation letter with any relevant court.

Kind regards,

Daniel J. Rosický B.A., LL.B.
attorney at law
Member of the Czech Bar and the Law Society of Upper Canada (Ontario Bar)

JUDr. Martin Aschenbrenner LL.M., Ph.D.
Member of the Czech Bar and New York State Bar

*Attachment:*

- confirmation of delivery



**PRAGUE • BRATISLAVA • OSTRAVA**

PRK Partners is a legal services organisation, the members of which are separate and distinct legal entities registered within their applicable jurisdictions. Any reference to PRK Partners shall be construed as a reference to the specific entity providing the services. Identification of the firm and of the firm's attorneys is available at PRK Partners' registered office or at its website, www.prkpartners.com.

PRK Partners s.r.o. attorneys at law with its registered seat at Jáchymova 26/2, Prague 1, Postal Code: 110 00, Id. No: 26692392, VAT No: CZ26692392 registered in the Commercial Register under File No. C 87708 maintained by the Municipal Court in Prague.

Datová schrán

| Prohlášení doručujícího orgánu: | Odesílatel: | Okresní soud Praha-východ<br>Na Poříčí 1044/20<br>112 97   Praha 1 |
|---|---|---|

Zásilka (písemnost) byla dodána (odevzdána)
dne .............. v ......... hodin ......... minut.

Protože adresát nebyl zastižen, byla zásilka (písemnost) uložena a připravena k vyzvednutí dne 18.2.19 a adresátu byla zanechána výzva, aby si zásilku (písemnost) vyzvedl.

Jméno a příjmení doručovatele: Lenka Matoušová

razítko                    podpis doručovatele

Uložená zásilka (písemnost) byla vyzvednuta dne 27.2.19 v 9 hodin 05 minut.

Protože si adresát zásilku (písemnost) nevyzvedl v úložní době, byla vložena do domovní nebo jiné adresátem užívané schránky dne ..............

Jméno a příjmení vydávající osoby/doručovatele: Petra Hořejšová

razítko                    podpis vydávající osoby/doručovatele

**DORUČENKA DO VLASTNÍCH RUKOU**                    **Typ I.**

*6180-2-2019-1*

**34 Cd 49/2019**
listiny od Attorney at lawlh 10/3

Adresát:

Pavol Krúpa , nar. 06.03.1972
Polní 112
251 64  Mnichovice (Myšlín)

Jméno a příjmení osoby, která zásilku převzala: Krúpa Pavol

Vztah osoby, která zásilku převzala, k adresátovi: osobně

Potvrzuji převzetí této zásilky dne 27.2.19

Podpis osoby, která zásilku převzala