**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| Zdenek Bakala,<br><br>                    *Plaintiff*,<br><br>        -against-<br><br>Pavol Krupa, Adam Swart, and<br>Crowds on Demand LLC,<br><br>                    *Defendants*. | Case No. 9:18-cv-02590-DCN<br><br><br>**NOTICE OF FILING OF**<br>**SUMMONS RETURNED EXECUTED**<br>**ON PAVOL KRUPA** |

The Plaintiff hereby files the attached Letter from the Ministry of Justice of the Czech Republic and Certificate Confirming Service of the Summons, Amended Complaint, Plaintiff's Answers to Local Rule 26.01 Interrogatories, together with the Translation of the Letter from the Ministry of Justice and Certificate Confirming Service on Defendant Pavol Krupa in the Czech Republic under the Hague Convention and in accordance with Czech Law.

Respectfully submitted,

s/ Marshall Winn

Marshall Winn (D.S.C. Bar No. 529)
Wallace K. Lightsey (D.S.C. Bar No. 1037)
WYCHE P.A.
Post Office Box 728
Greenville, SC  29602-0728
Telephone: (864) 242-8200
E-mail:    mwinn@wyche.com
               wlightsey@wyche.com

**AND**

*Of Counsel:*

Andrew Schapiro (*Pro Hac Vice*)
Stephen Swedlow (*Pro Hac Vice*)
Margaret Haas (*Pro Hac Vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 North Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
E-Mail:   andrewschapiro@quinnemanuel.com
          stephenswedlow@quinnemanuel.com
          margarethaas@quinnemanuel.com

Dated:  April 26, 2019          ***ATTORNEYS FOR PLAINTIFF***