FedEx Xpress

**Extremely Urgent**

81401511835

ITEM X-RAYED BY SMS

Insert shipping document here.

FedEx Express

International Air Waybill

1 From
Date
Sender's Name
Company
Address
Address
City
Country
Email Address
Sender's VAT/TURN Number
Internal Billing Reference

Sender's FedEx Account Number
Phone
State Province
Postal Code

2 To
Recipient's Name
Company
Address
Address
City
Country
Email Address
Recipient's Tax ID Number for Customs Purposes

28 Residential Delivery
Phone
Dept/Floor
State Province
ZIP Postal Code

3 Shipment Information
Total Packages
Total Weight
Commodity Description
Harmonised Code
Country of Manufacture
Value for Customs

Total Declared Value for Carriage
Total Value for Customs

