# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| Zdenek Bakala, <br><br> *Plaintiff*, <br><br> -against- <br><br> Pavol Krupa, Adam Swart, and Crowds on Demand LLC, <br><br> *Defendants*. | Case No. 9:18-cv-2590-DCN <br><br> **CERTIFICATE OF SERVICE** |

This is to certify that counsel for Plaintiff has sent all email communications with the Court, including emails on January 6, 2020 and January 9, 2020, to Defendant Pavol Krupa at the below email address, in compliance with the Court's January 10, 2020 Text Order [ECF 120].

Pavol Krupa
pavol.krupa@email.cz

[signature]

Marshall Winn (529)
WYCHE P.A.
200 East Camperdown Way
Greenville, SC 29601-2972
(864) 242-8200
mwinn@wyche.com

Dated: January 13, 2020

*Attorney for Plaintiff Zdenek Bakala*