# EXHIBIT 1

# Apology of Adam Swart

# Apology of Adam Swart to Zdenek Bakala

I am pleased that my company, Crowds on Demand, and I have resolved this dispute with Mr. Zdenek Bakala. Crowds on Demand was engaged by, and received direction exclusively from, associates of Krupa Global Investments, a firm I understand to be led by Pavol Krupa, to mount a hostile campaign against Mr. Bakala. Due to the fact that many of the underlying facts of the core issues of the campaign were written in Czech language publications, I relied on my briefings from Krupa Global Investments to form the basis of my understandings of the facts before engaging in the campaigns. When I was briefed on this matter by the Krupa associates, I was not made aware that Krupa Global Investments or associated entities had an apparent financial incentive to collect money from Mr. Bakala.

In hindsight, I should have done more due diligence to figure out what were apparently the true reasons for being asked to undertake this campaign. Had I known the true reasons, I would have never worked for Krupa. We have agreed to cease and refrain from any actions targeting Mr. Bakala and organizations with which he is affiliated such as Dartmouth College, the Design Museum, and the Aspen Institute. We regret any pain and inconvenience our campaigns may have caused to Mr. Bakala, his family, and the organizations that we targeted, and we apologize to them. I am happy to put this matter behind us and provide relevant facts to the Court for the purposes of setting the record straight.

Adam Swart

# Omluva Adama Swarta Zdeňku Bakalovi (překlad)

Jsem rád, že jsme já a moje společnost Crowds on Demand vyřešili tento spor s panem Zdeňkem Bakalou. Společnost Crowds on Demand byla najata společníky firmy Krupa Global Investments, kterou, pokud vím, řídí Pavol Krúpa, aby vedla nepřátelskou kampaň proti panu Bakalovi, a Crowds on Demand dostávala pokyny k vedení této kampaně výhradně od těchto společníků. Vzhledem k tomu, že celá řada materiálů týkajících se hlavních bodů této kampaně byla v češtině, spoléhal jsem se při seznamování se s podklady před zahájením jednotlivých kampaní na informace od firmy Krupa Global Investments. Když jsem byl v této věci instruován Krúpovými společníky, nebyl jsem upozorněn na to, že firma Krupa Global Investments nebo její přidružené subjekty mají zřejmou finanční motivaci získat peníze od pana Bakaly.

S odstupem času si uvědomuji, že jsem měl věnovat větší pozornost tomu, co skutečně stálo za požadavkem, abych vedl tuto kampaň. Pokud bych znal ty pravé důvody, nikdy bych pro pana Krúpu nepracoval. Dohodli jsme se, že se nadále zdržím jakýchkoli akcí namířených proti panu Bakalovi a organizacím, se kterými spolupracuje, jako jsou Dartmouth College, Design Museum a Aspen Institute. Je nám líto problémů a nepříjemností, které naše kampaně mohly způsobit panu Bakalovi, jeho rodině a organizacím, proti nimž byly namířené, a tímto se jim omlouváme. Jsem rád, že mohu tuto záležitost považovat za uzavřenou, a jsem připraven poskytnout soudu příslušné materiály, aby došlo k nápravě.

Adam Swart

# Ospravedlnenie Adama Swarta Zdeňkovi Bakalovi (preklad)

Som rád, že sme ja aj moja spoločnosť Crowds on Demand vyriešili tento spor s pánom Zdeňkom Bakalom. Spoločnosť Crowds on Demand bola najatá spoločníkmi firmy Krupa Global Investments, ktorú, pokiaľ viem, riadi Pavol Krúpa, aby viedla nepriateľskú kampaň proti pánovi Bakalovi, a Crowds on Demand dostávala pokyny k vedeniu tejto kampane výhradne od týchto spoločníkov. Vzhľadom na to, že celý rad materiálov týkajúcich sa hlavných bodov tejto kampane bol v čeština, spoliehal som sa pri zoznamovaní sa s podkladmi pred zahájením jednotlivých kampaní na informácie od firmy Krupa Global Investments. Keď som bol v tejto veci inštruovaný Krúpovými spoločníkmi, nebol som upozornený na to, že firma Krupa Global Investments alebo jej pridružené subjekty majú zrejmú finančnú motiváciu získať peniaze od pána Bakalu.

S odstupom času si uvedomujem, že som mal venovať väčšiu pozornosť tomu, čo skutočne stálo za požiadavkom, aby som viedol túto kampaň. Keby som poznal tie pravé dôvody, nikdy by som pre pána Krúpu nepracoval. Dohodli sme sa, že sa naďalej zdržím akýchkoľvek akcií namierených proti pánu Bakalovi a organizáciám, s ktorými spolupracuje, ako sú Dartmouth College, Design Museum a Aspen

Institute. Je nám ľúto problémov a nepríjemností, ktoré naše kampane mohli spôsobiť pánu Bakalovi, jeho rodine a organizáciám, proti ktorým boli namierené, a týmto sa im ospravedlňujeme. Som rád, že môžem tuto záležitosť považovať za uzatvorenú, a som pripravený poskytnúť súdu príslušné materiály, aby došlo k náprave.

Adam Swart