# EXHIBIT 2

# April 17, 2019 Affidavit of Pavol Krupa

EFiled: Apr 17 2019 02:51PM EDT
Transaction ID 63177835
Case No. Multi-Case

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE AMTRUST FINANCIAL SERVICES, INC. STOCKHOLDER LITIGATION | Consol. C.A. No. 2018-0396-AGB |
| ARCA INVESTMENTS, A.S., ARCA CAPITAL BOHEMIA, A.S., and KRUPA GLOBAL INVESTMENTS, F/K/A ARCA VENTURE CAPITAL A.S., <br><br> Plaintiffs, <br><br> v. <br><br> BARRY D. ZYSKIND, GEORGE KARFUNKEL, LEAH KARFUNKEL, DONALD DECARLO, ABRAHAM GULKOWITZ, SUSAN FISCH, RAUL RIVERA, STONE POINT CAPITAL LLC, EVERGREEN PARENT L.P., TRIDENT VII PROFESSIONALS FUND, L.P., TRIDENT VII, L.P., TRIDENT VII DE PARALLEL FUND, L.P., TRIDENT VII PARALLEL FUND, L.P., and K-Z EVERGREEN LLC, <br><br> Defendants. | C.A. No. 2019-0144-AGB |

**AFFIDAVIT OF PLAINTIFF KRUPA GLOBAL INVESTMENTS, F/K/A ARCA VENTURE CAPITAL A.S. PURSUANT TO DELAWARE CHANCERY COURT RULE 23(aa)**

1

I, Pavol Krúpa, hereby state:

1.  I am the Chairman of Krupa Global Investments ("KGI"), which is formerly known as Arca Venture Capital, a.s., and I am authorized to sign this affidavit on its behalf.

2.  In accordance with Delaware Chancery Court Rule 23(aa), I affirm that KGI has not received, been promised or offered and will not accept any form of compensation, directly or indirectly, for prosecuting or serving as representative parties in the above-referenced class actions except for:

    (a)  such damages or other relief as the Court may award KGI as members of the class;

    (b)  such fees, costs or other payments as the Court expressly approves to be paid to or on behalf of KGI; or

    (c)  reimbursement, paid by my attorneys, of actual and reasonable out-of-pocket expenditures incurred directly in connection with the prosecution of the above-referenced class actions.

Pursuant to 10 *Del. C.* § 5351 *et seq.*, I declare under penalty of perjury under the law of the State of Delaware that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States, Puerto

Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States.

Executed on the __17__ day of April, 2019 at __Prague__, __Czech Republic__.
                                              [City]              [Country]

                    Krupa Global Investments
                    f/k/a Arca Venture Capital, a.s.

By:_____
       Pavol Krúpa

3